UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM EMBRY,<br><br>    Plaintiff,<br><br>    v.<br><br>COQUETTE INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-06888-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 36 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: July 11, 2018

_____
WILLIAM H. ORRICK
United States District Judge